# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   **EDCV 14-1616-MMM (JEM)**                                Date    December 12, 2014

Title   **Perry C. Butler v. Riverside County, et al.**

Present: The Honorable    **John E. McDermott, United States Magistrate Judge**

|  |  |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:    **(In Chambers) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On November 10, 2014, the Court granted Plaintiff leave to filed a civil rights complaint pursuant to 42 U.S.C. § 1983, without prepayment of the full filing fee. The Court's Order of November 10, 2014, was returned to the Court on December 3, 2014, with a note stating, "Return to Sender" and "Unable To Forward". Plaintiff has not filed a change of address notifying the Court of a new address. Local Rule 41-6 requires Plaintiff, *inter alia*, to keep the Court apprised of his current address.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with the local rules of this Court. Plaintiff shall file a written response to this Order to Show Cause no later than **December 29, 2014**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute, failure to comply with a court order, and/or failure to comply with the local rules of this Court.

Filing of a Notice of Change of Address advising the Court of Plaintiff's current address shall be a satisfactory response to the Order to Show Cause.

No extensions of these deadline will be granted absent extraordinary circumstances.

cc: Parties

|  |  |
|---|---|
|  | _____ : _____ |
| Initials of  Deputy Clerk | sa |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.