UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   EDCV 14-1616-MMM (JEM) | Date   May 29, 2015 |

Title   Perry C. Butler v. Riverside County, et al.

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On April 22, 2015, the Court issued an Order Dismissing Complaint with Leave to Amend within thirty days.  Plaintiff was explicitly cautioned that failure to file a First Amended Complaint ("FAC") by the deadline set forth in the Court's Order of April 22, 2015, could result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

The May 22, 2015, deadline to file the FAC has passed, and no FAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order.  Plaintiff shall file a written response to this Order to Show Cause no later than **June 12, 2015**.[1]  Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a First Amended Complaint consistent with the requirements of the Court's Order of April 22, 2015, shall be a satisfactory response to the Order to Show Cause.

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court.  Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

:

Initials of Deputy Clerk     sa