# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PERRY C. BUTLER, | Case No. ED CV 14-01616-VBF (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AMERICAN FORENSIC NURSES and MARTHA NUNEZ Badge #1032 et al. | |
| Defendants. | |

IT IS ADJUDGED that Plaintiff's federal-law claims are dismissed with prejudice and his state-law claim is dismissed without prejudice.

Dated: July 12, 2019

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE